**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MARILYN MATHES, Individually and as mother on behalf of her natural child, EMILY MATHES, Deceased, | ) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )     CIVIL NO. 09-630-GPM |
| | ) |
| BAYER CORPORATION, an Indiana corporation, BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation, and BAYER HEALTHCARE, LLC, a Delaware corporation, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Consistent with the Court's policy that related cases should be concentrated before a single judge, *see Bourda v. Caliber Auto Transfer of St. Louis, Inc.*, Civil No. 09-519-GPM, 2009 WL 2356141, at *1 (S.D. Ill. July 31, 2009); *Kurz v. Fidelity Mgmt. & Research Co.*, No. 07-cv-709-JPG, 2008 WL 2397582, at *1 (S.D. Ill. June 10, 2008); *Sanders v. Merck & Co.*, Civil No. 07-64-GPM, 2007 WL 924497, at *2 (S.D. Ill. Mar. 27, 2007); *Vogel v. Merck & Co.*, 476 F. Supp. 2d 996, 997-98 (S.D. Ill. 2007), this case is hereby **REASSIGNED** for all further proceedings to Chief United States District Judge David R. Herndon, before whom a number of related cases (*Hill v. Bayer Corp.*, Civil No. 09-567-DRH (S.D. Ill. filed July 27, 2009), *Hicks v. Bayer Corp.*, Civil No. 09-602-DRH (S.D. Ill. filed Aug. 7, 2009), *Spencer v. Bayer Corp.*, Civil No. 09-604-DRH (S.D. Ill. filed Aug. 7, 2009), *Franklin v. Bayer Corp.*, Civil No. 09-625-DRH (S.D. Ill. filed Aug. 18, 2009), *Wood v. Bayer Corp.*, Civil No. 09-627-DRH (S.D. Ill.

filed Aug. 18, 2009), and *Devine v. Bayer Corp.*, Civil No. 09-628-DRH (S.D. Ill. filed Aug. 18, 2009)) are already pending. All further filings in this case shall bear the case number Civil No. 09-630-DRH-PMF.

**IT IS SO ORDERED.**

DATED: September 8, 2009

/s/ G. Patrick Murphy
G. PATRICK MURPHY
United States District Judge